No. 77–983. WASHINGTON ET AL. *v.* WASHINTON STATE COMMERCIAL PASSENGER FISHING VESSEL ASSN. ET AL.; and WASHINGTON ET AL. *v.* PUGET SOUND GILLNETTERS ASSN. ET AL. Sup. Ct. Wash. [Certiorari granted, *ante,* p. 909]; and

No. 78–119. WASHINGTON ET AL. *v.* UNITED STATES ET AL.; and

No. 78–139. PUGET SOUND GILLNETTERS ASSN. ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON (UNITED STATES ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. [Certiorari granted, *ante,* p. 909.] Motion of the Solicitor General and motion of respondent Indian Tribes (except Yakima Indian Nation) to consolidate cases for purpose of briefing and argument granted. Briefing schedule of the Solicitor General as set out in his motion is adopted by the Court. Total time of two hours heretofore granted by the Court in these cases is reduced to one and one-half hours and is divided as follows: 30 minutes to the Solicitor General; 30 minutes to the State of Washington; 15 minutes to the Indian Tribes; and 15 minutes to the association of non-Indian fishermen.

No. A–395 (78–729). ARROW FOOD DISTRIBUTORS, INC. *v.* LOVE, CONSERVATOR. Sup. Ct. Miss. Application for stay, addressed to MR. JUSTICE REHNQUIST, and referred to the Court, denied.

No. A–420 (78–761). AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. *v.* UNITED STATES. C. A. D. C. Cir. That portion of the order by THE CHIEF JUSTICE on November 2, 1978, which stayed the order of the United States Court of Appeals for the District of Columbia Circuit, entered October 31, 1978, pending filing of a response, is vacated and the application is denied.

No. A–372 (78–5600). GIBBS *v.* UNITED STATES. C. A. 4th Cir. Application for recall and stay of mandate, addressed to MR. JUSTICE MARSHALL, and referred to the Court, denied.